UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

In Re:                                    *
                                          *        CHAPTER 7
        Kemberlea Simmons                 *
                                          *        CASE NO.: 22-70501
                                          *

## MOTION TO QUASH GARNISHMENT

COMES NOW your applicant, Kemberlea Simmons, by counsel, pursuant to Bankruptcy

Code §362 (a) and respectfully represents:

1.      That your applicant has filed her petition for relief under Chapter 7 of Title 11 of

the United States Code;

2.      That within 90 days of filing the above-named petition, your applicant was

subject to a garnishment upon her wages issued by:

> GRAYSON GENERAL DISTRICT COURT
> PO BOX 280
> INDEPENDENCE, VA 24348

3.      That said garnishment, which has a return date of 10/24/22, is in favor of:

> LVNV FUNDING, LLC
> C/O KLIMA PETERS & DALY, PC
> ATTN: MICHAEL J. KLIMA, ESQ.
> 8028 RITCHIE HWY S-300
> PASADENA, MD 21122

4.      Applicant's bank, which is the garnishee, is located at:

> TRUIST BANK
> ATTN: KELLY S. KING, CEO
> 214 N. TRYON ST
> CHARLOTTE, NC 28202
>
> TRUIST BANK
> 1801 W BROAD ST
> RICHMOND, VA 23219

5.      The amount withheld to date is approximately $4,756.50

WHEREFORE, your applicant prays that said garnishment be quashed, and that she have such other and further relief as the nature of her case may require.

Respectfully Submitted,

KEMBERLEA NICHOLE SIMMONS

By: /s/ Malissa Lambert Giles
      Of Counsel

Malissa Lambert Giles, Esquire
Tracy Allen Giles, Esquire
Heather R. Parsons, Esquire
GILES & LAMBERT, P.C.
Post Office Box 2780
Roanoke, VA  24001
(540) 981-9000

Certificate of Mailing

I, the above counsel, hereby certify that I have mailed a true copy of the foregoing Motion to Quash Garnishment to the creditor and the creditor's attorney, if applicable, this the 31st day of August, 2022, via first class United States Mail, postage prepaid.

Date: August 31, 2022                    /s/ Malissa Lambert Giles
                                          Of Counsel